UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE W. DAVIS,<br><br>               Plaintiff,<br><br>   v.<br><br>DR. SHIRLEY DEEM,<br><br>               Defendant. | Case No. C10-5229<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE |

    This matter is **REFERRED** to United States Magistrate Judge Karen L. Strombom, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

    DATED this 21st day of May, 2010.

                                                  /s/ Benjamin H. Settle
                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER