1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE W. DAVIS,

                          Plaintiff,

        v.

DR. SHIRLEY DEEM,

                          Defendant.

No. C10-5229 BHS/KLS

ORDER GRANTING INFORMA
PAUPERIS STATUS

        Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*.  Dkt. 3.

Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**.  Plaintiff is

currently detained at Western State Hospital, in Lakewood, Washington, and does not appear to

have funds available to afford the $350.00 court filing fee.

        The Clerk is directed to mail a copy of this Order to Plaintiff.

        **DATED** this 26th day of May, 2010.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1