UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE W. DAVIS

        Plaintiff,

v.

DR. SHIRLEY DEEM,

        Defendant.

CASE NO. C10-5229BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED without prejudice** for failure to state a cognizable claim under 42 U.S.C. § 1983.

DATED this 25th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER