# United States District Court

WESTERN DISTRICT OF WASHINGTON

KYLE W. DAVIS

v.

DR. SHIRLEY DEEM

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5229BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

Plaintiff's complaint is **DISMISSED without prejudice** for failure ot state a cognizable claim under 42 U.S.C. § 1983.

| | |
|---|---|
| August 27, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |